IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PATCH OF LAND LENDING, LLC,

    Plaintiff,

  v.                                  Civil Action 2:17-cv-483
                                   Chief Judge Edmund A. Sargus, Jr.
                                   Magistrate Judge Jolson

MAYFAIR REAL ESTATE, LLC, et al.,

    Defendants.

## ORDER

This matter is before the Court on the parties' Joint Motion to Relieve the Parties of Their Respective Obligations to Appear in Person at the Settlement Mediation on December 12, 2017. (Doc. 52). More specifically, the Motion seeks to allow Defendants David Wiggins and Emily Wiggins, and client representatives of the Plaintiff Patch of Land Lending, LLC and Defendants Mayfair Real Estate, Treasurer of Delaware County, Ohio, and Omega Federal Credit Union, to "appear at the Settlement Mediation by telephone and/or provide their respective counsel with requisite settlement authority[.]" (*Id.* at 1). For good cause shown, the Motion is **GRANTED.** As agreed to in the Motion, lead counsel for all parties must personally appear for the Settlement Mediation.

    IT IS SO ORDERED.

Date: December 6, 2017                        /s/ Kimberly A. Jolson
                                                    KIMBERLY A. JOLSON
                                                    UNITED STATES MAGISTRATE JUDGE